IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  SORIN 3T | : | MDL DOCKET NO. 2816 |
| HEATER-COOLER SYSTEM | : | Civil Action No. 1:18-MD-2816 |
| PRODUCTS LIABILITY | : | |
| LITIGATION (NO. II) | : | Hon. John E. Jones, III |
| | : | |
| | : | THIS DOCUMENT RELATES TO: |
| | : | **Duane Eisenberg and Janna Eisenberg, Plaintiffs; Docket No. 18cv239** |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41

Plaintiffs, Duane Eisenberg and Janna Eisenberg, hereby voluntarily dismiss this action, without prejudice, as to all Defendants. All parties will bear their own costs.  Upon confirmation that a final settlement payment has been made, Plaintiffs agree that this action will be dismissed with prejudice as to all Defendants.

Dated:  August 1, 2019

/s/ *SW Sanford*
Steven W. Sanford
Cadwell Sanford Deibert & Garry LLP
200 E. 10th Street, Suite 200
Sioux Falls, SD  57104
Telephone:  (605) 336-0828
Facsimile:  (605) 336-6036
ssanford@cadlaw.com

/s/ Jared B. Briant
Jared B. Briant (CO # 35773)
Faegre Baker Daniels LLP
1144 Fifteenth  Street, Suite 3400
Denver, CO 80202-2569
Telephone:   303-607-3500
Facsimile:   303-607-3600
jared.briant@faegrebd.com

**Counsel for Plaintiffs**

> Linda S. Svitak (MN # 0178500)
> Delmar R. Ehrich (MN # 0148660)
> Faegre Baker Daniels LLP
> 2200 Wells Fargo Center
> 90 South Seventh Street
> Minneapolis, MN 55402
> Telephone:   612-766-7000
> Facsimile:    612-766-1600
> linda.svitak@faegrebd.com
> delmar.ehrich@faegrebd.com
>
> **Counsel for Defendant**

## CERTIFICATE OF SERVICE

I, Margaret M. Zylstra, hereby certify that on August 1, 2019 the foregoing Stipulation of Voluntary Dismissal was filed and made available to all counsel of record via CM/ECF.

*Margaret M. Zylstra*